IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01454-KMT

PAMELA WRIGHT,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on March 20, 2015, incorporated herein by reference, it is

    ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner for further proceedings consistent with the Order.  It is

    FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Pamela Wright , and against Defendant, Carolyn W. Colvin, Commissioner of Social Security.  It is

    FURTHER ORDERED that any request for costs or attorneys' fees shall be made within 14 days of the date of the Order.

DATED at Denver, Colorado this   23rd   day of March, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/M. Ortiz
M. Ortiz, Deputy Clerk